WILLIAM JERGE et al., Respondents, v. ROBERT FUGLEWICZ, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Cardamone, JJ.